**Electronically Filed
Supreme Court
SCWC-20-0000307
24-SEP-2021
10:35 AM
Dkt. 9 ODAC**

SCWC-20-0000307

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

JENSEN DONALD SIPE,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000307, CASE NO. 1DTA-19-03690)

ORDER DENYING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins
JJ.)

Petitioner/Defendant-Appellant Jensen Donald Sipe's application for writ of certiorari filed on August 16, 2021, is hereby rejected.

DATED: Honolulu, Hawai‘i, September 24, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

